# EXHIBIT 3







| | | | |
|---|---|---|---|
| 56 Piece Precision Knife Set | Utility Knife With Ergonomic Grip | Multitool Razor Knife With 5 Blades | Pack Of 10 18mm Replacement Snap Blades |
| Item #36410 | Item #66443 ¿ ~~Only $4.99~~ | Item #97878 ¿ | Item #98232 |
| Only $14.99 | Sale: $2.99 | Only $4.99 | Only $1.49 |
| Add to Wishlist | Add to Wishlist | Add to Wishlist | Add to Wishlist |
| Pack Of 10 Mini Utility Blades | Pack Of 5 Utility Knife Hook Blades | 2 Piece Lockback Utility Knife Set | Pack Of 10 9mm Replacement Snap Blades |
| Item #93789 | Item #37557 | Item #93859 ~~Only $14.99~~ | Item #98231 |
| Only $1.79 | Only $2.29 | Sale: $9.99 | Only $0.99 |
| Add to Wishlist | Add to Wishlist | Add to Wishlist | Add to Wishlist |

1 2